

Brithem LLP
565 Fifth Avenue
New York, NY 10017

Michael J. Bowe
+1.646.653.9173
mbowe@brithem.com

October 6, 2025

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

**RE:**   *Clary v. Christian Advocates Serving Evangelism, Inc. et al*, **Case No: 1:25-cv-05386-MKV (SDNY)**

Dear Judge Vyskocil:

    We represent Defendants in the above-captioned case. We write to respectfully request a one-week extension of time to file our Reply in Support of Defendants' Motion to Dismiss and Strike, from October 9, 2025 to October 16, 2025. This is Defendants' first request for an extension, and Defendants do not seek to modify any other dates set by the Court at this time. Counsel for Plaintiff has consented to this request for an extension.

    Thank you for your consideration.

Respectfully submitted,

**Brithem LLP**

_____
Michael J. Bowe

CC: All parties via ECF