UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA LOUISE CLARY a/k/a LINDA CLARY UMBERGER individually and on behalf of THE ESTATE OF JOHN ANTHONY CLARY UMBERGER (deceased),<br><br>Plaintiff,<br><br>- *against* –<br><br>CHRISTIAN ADVOCATES SERVING EVANGELISM, INC., THE AMERICAN CENTER FOR LAW AND JUSTICE, INC., 34 EAST 61ST STREET, LLC, JAY SEKULOW, and JORDAN SEKULOW,<br><br>Defendants. | Case No. 1:25-cv-05386-MKV |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for Defendants Christian Advocates Serving Evangelism, Inc., The American Center For Law And Justice, Inc., 34 East 61st Street, LLC, Jay Sekulow, and Jordan Sekulow ("Defendants"), in the above-referenced action and respectfully demands all papers served or filed be given to and served upon the undersigned at the address set forth below.

Dated: New York, New York
          October 17, 2025

Respectfully submitted,

**BRITHEM LLP**

*/s/ Lauren Tabaksblat*
Lauren Tabaksblat
565 5th Avenue
New York, New York 10017
Telephone: (646) 653-9378
Email: ltabaksblat@brithem.com

*Counsel for Defendants*